JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBIA INSURANCE CORPORATION, a New York corporation, <br><br> Plaintiff, <br> vs. <br><br> INDYMAC ABS, INC., a Delaware Corporation; et al., <br><br> Defendants. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB, <br><br> Subpoenaed Third-Party. | Case No: CV 12-00083 DDP(JCx) <br><br> Cal. Superior Ct. Case No.: BC422358 <br> cc: order, docket, remand letter <br> to Los Angeles Superior Court <br> **ORDER FOR REMAND PURSUANT TO JOINT STIPULATION** |

Proposed Order.DOC

[PROPOSED] ORDER FOR REMAND

The Court having considered the Joint Stipulation for Remand, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. The proceeding to enforce the third-party subpoena for the production of electronically stored information that plaintiff MBIA Insurance Corporation ("MBIA") issued to the Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank, FSB ("FDIC Receiver") in the matter of *MBIA v. IndyMac ABS, Inc.*, California Superior Court for the County of Los Angeles ("State Court") Case No. BC 422358 (the "Subpoena Proceeding"), is hereby remanded to the State Court; and

2. The Parties shall bear their own costs and fees associated with removal and remand of the Subpoena Proceeding.

Dated: February 02, 2012

HON. DEAN D. PREGERSON